# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN J. THOMAS,<br><br>　　　　Defendant. | Case No.  1:20-po-00229-SAB-1<br><br>ORDER VACATING OCTOBER 15, 2020 STATUS CONFERENCE |

On 28, 2020, Gavin J. Thomas ("Defendant") was cited in Kings Canyon National Park for exceeding the posted speed limit in violation of 36 C.F.R. § 4.21(c).  Defendant made an initial appearance on September 17, 2020 on the citation and a status conference was set for October 15, 2020.  Defendant has requested that he be allowed to attend traffic school.  The United States Attorney's Office has determined that Defendant meets the criteria for traffic school and the request has been granted.

Accordingly, the October 15, 2020 status conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  __September 18, 2020__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1